

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-01090-CV

**IN THE INTEREST OF A.J.S.**, A.B.S., A.R.C., & A.N.M., Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2022PA00652
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. Counsel's motion to withdraw is DENIED. Costs of appeal are not assessed against appellant because she qualifies as indigent.

SIGNED July 17, 2024.

_Irene Rios_
Irene Rios, Justice